JUL-03-2007 TUE 09:04 ID:
Case 1:07-cv-00024    Document 2    Filed 07/06/2007    Page 1 of 3    P:03
AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____
NORTHERN MARIANA ISLANDS

MODESTA MANGLONA NADAR,
    Plaintiff

V.

NAINA ENTERPRISES (CNMI) INC.
dba ALSON'S STORE,
    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER: CV 07-0024

F I L E D
Clerk
District Court

JUL - 6 2007

For The Northern Mariana Islands
By _____
(Deputy Clerk)

TO: (Name and address of defendant)
NAINA ENTERPRISES (CNMI) INC.
dba ALSON'S STORE
Rota, CNMI.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric S. Smith
Smith & Williams
P.O. Box 5133 CHRB
Saipan, MP 96950

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GALO L. PEREZ
CLERK

_(signature)_
(BY) DEPUTY CLERK

JUN 1 5 2007
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | 07-02-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Harry M Mendiola | Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Dist. #4 Business Establishment

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Person served was Amit Kumeal of Alsons Store

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  07-02-07
             Date

Signature of Server

Sinapalo II Box #1463
Address of Server

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

|  |  |
|---|---|
| Naina Enterprises (CNMI) Inc. dba Alom's Store ) ) ) ) | SMALL CLAIMS NO. _____ <br> CIVIL ACTION NO. CV 07-0024 |
| Defendant ) ) | DECLARATION OF SERVICE |

I, HARRY M. MENDIOLA, hereby declare under penalty of perjury, that on the

__02__ day of __July__, 200_7_, at __7:04__ a.m /(p.m) I personally served __Amit Kumeal_____, the following document(s).

_____ Summons and Complaint

_____ Order in Aid of Judgment Order

_____ Motion for Order to Show Cause

__✓__ Other: __Summons in a Civil Case_____

_____ in the above captioned matter.

**Manner of Service:**

__✓__ By delivering it to the aforesaid person. Place of delivery: __Business Establishment Bot, #4__

_____ By delivering it at the aforesaid person's usual residence to someone who is not under the age of eighteen years old. The name of the person served: _____

_____ Other: _____

_____
Acknowledged & received by:

_____
Process Server

Attorney: __Eric Smith__

Court Hearing Date: _____