FILED
Clerk
District Court

JUL 17 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1 | CARLSMITH BALL LLP

2 | JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3 | P.O. Box 5241
Saipan, MP 96950-5241
4 | Tel No. 670.322.3455

5 | Attorneys for Defendant
Naina Enterprises (CNMI) Inc.
6 | dba Alson's Store

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| MODESTA MANGLONA NADAR, | CIVIL ACTION NO. 07-0024 |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION |
| NAINA ENTERPRISES (CNMI) INC. dba ALSON'S STORE, | |
| Defendant. | |

Come now the parties and subject to the Court's approval hereby stipulate and agree that Defendant Naina Enterprises (CNMI) Inc. dba Alson's Store shall have until August 23, 2007 in which to answer or otherwise respond to Plaintiff's Complaint.

IT IS SO STIPULATED.

SMITH & WILLIAMS

DATED: Saipan, MP, July 16, 2007.

/s/ *Eric S. Smith*
ERIC S. SMITH
Attorneys for Plaintiff
Modesta Manglona Nadar

4815-6624-4097.1.057606-00002

1
2                                                      CARLSMITH BALL LLP
3
4  DATED: Saipan, MP, July 16, 2007.         /s/ *John D. Osborn*
                                             JOHN D. OSBORN
5                                            Attorneys for Defendant
                                             Naina Enterprises (CNMI) Inc.
6                                            dba Alson's Store
7
8
9                                    O R D E R
10
11     Based on the stipulation of the parties it is hereby ordered that Defendant Naina
12 Enterprises (CNMI) Inc. dba Alson's Store shall have until August 23, 2007 to file its answer or
   otherwise respond to Plaintiff's Complaint.
13
14     IT IS SO ORDERED.
15
16 Entered: ___July 17th___, 2007.            _____
                                                     ALEX R. MUNSON
17                                                   Judge
18
19
20
21
22
23
24
25
26
27
28