CARLSMITH BALL LLP
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455
Fax No. 670. 322-3368

Attorneys for Defendant
Naina Enterprises (CNMI), Inc.
dba Alson's Store

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR,<br><br>Plaintiff,<br><br>vs.<br><br>NAINA ENTERPRISES (CNMI), INC. dba ALSON'S STORE<br><br>Defendant. | CIVIL ACTION NO. 07-0024<br><br>PRE-DISCOVERY DISCLOSURE STATEMENT OF DEFENDANT NAINA ENTERPRISES (CNMI), INC. DBA ALSON'S STORE |

Comes now Defendant Naina Enterprises (CNMI), Inc. dba Alson's Store and pursuant to LR 16.2 CJ (d) and Federal Rules of Civil Procedure 26(a), by and through its attorneys of record, Carlsmith Ball, LLP, and hereby files its Pre-Discovery Disclosure Statement.

A.   Individuals likely to have Discoverable Information

| Name | Likely Subject of Information |
|---|---|
| Haresh Daryanani<br>Caller Box PPP 206<br>Saipan, MP 96950 | Incident of July 7, 2005 |
| Indra Motwani<br>(680) 488-2662 | Incident of July 7, 2005 |

4822-3288-7809.1

| | |
|---|---|
| Modesta Manglona Nadar | Incident of July 7, 2005 |
| Husband of Modesta Manglona Nadar | Incident of July 7, 2005 |

B.  <u>Description of documents and tangible things in the custody and control of Defendant that are relevant to disputed facts alleged with particularity in the pleadings</u>

1.  Defendant has in its possession copies of photographs of Alson's Store taken on August 11, 2007.

C.  <u>Computation of Damages</u>

No computation of damages has been made by Defendant as of this date.

D.  <u>Insurance Agreement</u>

The insurance agreement that may be applicable to the alleged incident of July 7, 2005 will be provided to Plaintiff's counsel prior to the Case Management Conference.

                                        CARLSMITH BALL LLP

DATED:  Saipan, MP, September 28, 2007.      */S/ Sean Frink*
                                                                JOHN D. OSBORN
                                                                SEAN FRINK
                                                                Attorneys for Defendant
                                                                Naina Enterprises (CNMI), Inc.
                                                                dba Alson's Store