1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   SEAN FRINK
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP  96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Naina Enterprises (CNMI), Inc.
   dba Alson's Store
7

8

9                    UNITED STATES DISTRICT COURT

10                            FOR THE

11                   NORTHERN MARIANA ISLANDS

| MODESTA MANGLONA NADAR, | CIVIL ACTION NO. 07-0024 |
|---|---|
| Plaintiff, | |
| vs. | CASE MANAGEMENT CONFERENCE STATEMENT OF DEFENDANT NAINA ENTERPRISES (CNMI), INC. dba ALSON'S STORE |
| NAINA ENTERPRISES (CNMI), INC. dba ALSON'S STORE | |
| Defendant. | |

Comes now the Defendant Naina Enterprises (CNMI), Inc. dba Alson's Store and pursuant to LR16.2CJ and Federal Rules of Civil Procedure 16(b) and (c), and files its Case Management Conference Statement.

    a.    <u>Service of Process</u>:  Service of process is complete and is not an issue.

    b.    <u>Jurisdiction and Venue</u>:  Jurisdiction and Venue are not an issue.

    c.    <u>Track Assignment</u>:  Standard track.

    d.    <u>Anticipated Motions</u>:  Defendant anticipates that dispositive motions will be filed at a future date.

    e.    <u>Special Procedures</u>:  No special procedures are necessary.

4818-8050-0737.1

1     f.     <u>Modification of Standard Pretrial Procedures</u>: No modification of standard pretrial procedures is necessary in this case.

3     g.     <u>Settlement Prospects</u>: Unlikely based on current available information.

4     h.     <u>Other Matters</u>: Defendant leaves to the Court's discretion the setting of various dates for completion of discovery, disclosure of expert witnesses, completion of expert witness discovery, discovery motions, dispositive motions, Status Conference, Settlement Conference and Pre-Trial Conference, and trial date.

CARLSMITH BALL LLP

DATED: Saipan, MP, October 5, 2007.     */S/ Sean Frink*
JOHN D. OSBORN
SEAN FRINK
Attorneys for Defendant
Naina Enterprises (CNMI), Inc.
dba Alson's Store

4818-8050-0737.1     -2.-