FILED
Clerk
District Court

OCT 12 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR,<br><br>Plaintiff,<br><br>vs.<br><br>NAINA ENTERPRISES (CNMI), IND., dba ALSON'S STORE,<br><br>Defendant. | Civil Case NO. 07-0024<br><br><u>Case Management Scheduling Order</u> |

Eric S. Smith
Attorney at Law
P.O. Box 5133
Saipan, MP 96950

John D. Osborn
Attorney at Law
P.O. Box 5241
Saipan, MP 96950

Pursuant to Federal Rule of Civil Procedure 16(b)[1] and Local Rule 16.2CJ.e.4, a Case Management Conference was conducted in the above case on Friday, October 12, 2007. As a result of the conference,

---

[1] Fed.R.Civ.P. 16(b)(6) provides in part that a case management scheduling order "shall not be modified except upon a showing of good cause and by leave of the district judge[.]" To establish good cause, a party must generally show that even with the exercise of due diligence it cannot meet the order's timetable. *See e.g.* <u>Johnson v. Mammoth Recreations, Inc.</u>, 975 F.2d 604, 609 (9th Cir. 1992). The liberal amendment policy of Fed.R.Civ.P. 15 no longer obtains once the case management scheduling order has been entered. *See* <u>Coleman v. Quaker Oats Co.</u>, 232 F.3d 1271, 1294 (9th Cir. 2000).

AO 72
(Rev. 8/82)

IT IS ORDERED THAT:

1. All parties are to be joined on or before December 3, 2007.

2. All motions to amend pleadings shall be filed on or before December 3, 2007.

3. All discovery shall be served by March 3, 2008.

4. All discovery motions shall be filed so as to be heard on or before May 1, 2008. The following discovery documents and proofs of service thereof shall <u>not</u> be filed with the Clerk until there is a motion or proceeding in which the document or proof of service is in issue and then <u>only</u> that part of the document which is in issue shall be filed with the Court:

   a. Transcripts of depositions upon oral examination;
   b. Transcripts of deposition upon written questions;
   c. Interrogatories;
   d. Answers or objections to interrogatories;
   e. Requests for production of documents or to inspect tangible things;
   f. Responses or objections to requests for production of documents or to inspect tangible things;
   g. Requests for admission; and,
   h. Responses of objections to requests for admission.

5. Plaintiff expert disclosure - May 1, 2008.

6. Defendant and third-party defendant expert disclosure - May 19, 2008.

7. Expert discovery shall be completed by August 1, 2008.

8. A status conference will be held on December 7, 2007, at 10:00 a.m.

9. All dispositive motions shall be heard on or before September 4, 2008. Said motions shall be filed in accordance with Local Rules 7.1.

10. A settlement conference will be held on September 10, 2008, at 9:00 a.m.

11. The jointly-prepared final pretrial order, prepared pursuant to Local Rule 16.2CJ.e.9, shall be filed with this Court by September 26, 2008.

12. A final pretrial conference will be held on October 3, 2008, at 9:30 a.m.

13. The trial in this case shall begin on October 6, 2008, at 9:00 a.m.

This case has been assigned to the Standard Track.

DATED THIS 12th day of October, 2007, Garapan, Saipan, CNMI.

_____
Judge Alex R. Munson