1

**ERIC S. SMITH, Esq.**
**SMITH & WILLIAMS**
2
**P.O. Box 5133 CHRB**
**Saipan, MP 96950**
3
**Telephone No. (670) 233-3334/5**
**Facsimile No. (670) 233-3336**
4

**Attorneys for Plaintiff**
5
**Modesta Manglona Nadar**

6

## IN THE UNITED STATES DISTRICT COURT
7
## FOR THE NORTHERN MARIANA ISLANDS

8
|  |  |
|---|---|
| | ) **CIVIL CASE NO. 07-0024** |
9
**MODESTA MANGLONA NADAR,**      )
                                 )
10
     **Plaintiff,**      )
                                 )
11
     **vs.**      ) **PLAINTIFF'S PRE-DISCOVERY**
                                 ) **DISCLOSURE STATEMENT**
12
**NAINA ENTERPRISES (CNMI) INC. dba** )
13
**ALSON'S STORE,**      )
                                 )
14
     **Defendant.**      )
                                 )
15
                                 )

16

17

     COMES NOW, Plaintiff, by and through counsel, and hereby submits the following
18
prediscovery disclosures pursuant to Federal Rule of Civil Procedure 26(A)(1) and Local Rule
19
16.2 CJ (d).
20

21
     A.     <u>Persons With Potentially Discoverable Information</u>

22

23
     Modesta Manglona Nadar:  Plaintiff.  She has information as to the facts as alleged in
24
the Complaint.  She can be contacted via the offices of Plaintiff's counsel.

25

26
     Ponnu Nadar:  Plaintiff's Husband.  He has information as to the facts as alleged in the
27
Complaint.  He can be contacted via the offices of Plaintiff's counsel.

28

1

1    Alson's store attendant: May have information as to the July 7, 2005 incident.

2

3    B.    Description of Relevant Document

4

5    --photographs of Alson's store

6    --medical records of Plaintiff

7    --any documents identified by Defendant in response to discovery requests

8

9    C.    Damages Claimed By Plaintiff

10

11    Plaintiff claims damages for personal injury to include past and future medical expenses,

12    past and future impairment of the ability to enjoy life, mental anguish, physical suffering,

13    statutory damages and, where appropriate, pre-judgment interest.  In addition, Plaintiff prays for

14    an injunction enjoining Defendant from its acts of discrimination under Title 3 of the ADA, and

15    compliance with the ADA.  Plaintiff claims attorney fees and costs in this litigation.

16

17    Dated: November  14, 2007.

18                                          SMITH & WILLIAMS
                                            Attorneys for Plaintiff Modesta M. Nadar
19

20

21                                          By: _____/s/_____
                                                    Eric S. Smith
22

23

24

25

26

27
3332-01-071108-PL-PreDiscoveryDisclosureStatement

28

2