1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
Carlsmith Building, Capitol Hill
3  P.O. Box 5241
Saipan, MP  96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
Naina Enterprises (CNMI) Inc.
6  dba Alson's Store

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| MODESTA MANGLONA NADAR, | CIVIL ACTION NO. 07-0024 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SERVICE OF DISCOVERY REQUEST |
| NAINA ENTERPRISES (CNMI) INC. dba ALSON'S STORE, | |
| Defendant. | |

Comes now John D. Osborn, attorney of record for Defendants Naina Enterprises (CNMI) Inc. dba Alson's Store and hereby gives notice that on December 5, 2007 he caused to be served on Eric S. Smith, Esq., counsel of record for Plaintiff herein, at his address at Law Offices of Smith && Williams, P.O. Box 5133 CHRB, Plumeria Road, the original and one copy of the following by delivering same to counsel or the persons in charge of his office.

> DEFENDANT NAINA ENTERPRISES (CNMI) INC. DBA
> ALSON'S STORE'S FIRST SET OF INTERROGATORIES TO
> PLAINTIFF MODESTA MANGLONA NADAR

4843-5345-0498.1.057606-00047

|   |   |   |
|---|---|---|
| 1 |  | CARLSMITH BALL LLP |
| 3 | DATED: Saipan, MP, December 5, 2007. | */S/ John D. Osborn* |
| 4 |  | JOHN D. OSBORN<br>Attorneys for Defendant<br>Naina Enterprises (CNMI) Inc.<br>dba Alson's Store |