```
                                          F I L E D
                                             Clerk
                                         District Court

                                         DEC - 7 2007

                                   For The Northern Mariana Islands
                                   By_____
                                              (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR, ) | Civil Action No. 07-0024 |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER SANCTIONING |
| ) | PLAINTIFF'S COUNSEL |
| NAINA ENTERPRISES (CNMI), ) | and |
| INC., doing business as Alson's Store, ) | RE-SCHEDULING STATUS |
| ) | CONFERENCE |
| Defendant ) | |
| _____ ) | |

    The case management scheduling order of October 12, 2007, set a status conference for today, December 7, 2007, at 10:00 a.m. Mr. Osborn, counsel for defendant, appeared at the appointed time; Eric S. Smith, counsel for plaintiff, failed to appear. Accordingly,

AO 72
(Rev. 08/82)

IT IS ORDERED that Eric S. Smith is sanctioned the sum of $100.00, repreesenting one-half hour of Mr. Osborn's time in this matter, payable to Carlsmith Ball, LLP. Said sum shall be paid prior to Friday, December 14, 2007, at 3:30 p.m.; and,

IT IS FURTHER ORDERED that the status conference be and hereby is continued to **Monday, December 17, 2007, at 9:30 a.m.**

DATED this 7th day of December, 2007.

_____
ALEX R. MUNSON
Judge