IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- **07-0023**

**MODESTA MANGLOÑA NADAR**

Plaintiff(s),

**PROOF OF SERVICE**

v.

**NAINA ENTERPRISES (CNMI) dba ALSON'S STORE**

Defendant(s).

I hereby declare, under penalty of perjury, that on the **4TH** day of **DECEMBER**, 2007 at **9:36** a.m./p.m., I personally served upon **JOHN OSBORN ESQ., CHARISMITA BALL LAW OFFICE**, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☒ Other (specify) **PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

_____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

1   ☒   By delivering it to MARILYN CAMACHO, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

2   The place where said service was made was: CAPITOL HILLS, SAIPAN

3   The charge for service was: $ 20-00

4

5   Dated: December 6, 2007

6

7

8                               ELMER BARROGO

9

10

11   Hearing Date: _____