1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   Carlsmith Building, Capitol Hill
3  P.O. Box 5241
   Saipan, MP 96950-5241
4  Tel No. 670.322.3455

5  Attorneys for Defendant
   Naina Enterprises (CNMI) Inc.
6  dba Alson's Store

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN MARIANA ISLANDS

| MODESTA MANGLONA NADAR, | CIVIL ACTION NO. 07-0024 |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF SERVICE OF DISCOVERY RESPONSES |
| NAINA ENTERPRISES (CNMI) INC. dba ALSON'S STORE, | |
| Defendant. | |

Comes now John D. Osborn, attorney of record for Defendant Naina Enterprises (CNMI) Inc. dba Alson's Store and hereby gives notice that on January 3, 2008 he caused to be served on Eric S. Smith, counsel of record for Plaintiff herein, at his address at Law Offices of Smith & Williams, P.O. Box 5133 CHRB, Plumeria Road, Garapan, Saipan, MP 96950 the original and one copy of the following by delivering same to counsel or the persons in charge of his office.

1. Defendant's Response to Plaintiff's First Set of Interrogatories.

2. Defendant's Response to Plaintiff's Request for Production.

///

///

4831-5578-7010.1.057606-00047

1                                                              CARLSMITH BALL LLP

3   DATED: Saipan, MP, January 3, 2008         */s/ John D. Osborn*
                                                         JOHN D. OSBORN
                                                         Attorneys for Defendant
                                                         Naina Enterprises (CNMI) Inc.
                                                         dba Alson's Store

4831-5578-7010.1.057606-00047                  -2.-