FILED
Clerk
District Court

FEB -1 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE U.S. DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

CIVIL ACTION NO. CV- 07-0024

MODESTA MANGLONA NADAR

Plaintiff(s),

v.

NAINA ENTERPRISES (CNMI) INC.
dba ALSON'S STORE

Defendant(s).

**PROOF OF SERVICE**

I hereby declare, under penalty of perjury, that on the 7th day of January, 2008 at 3:57 a.m./p.m., I personally served upon DAVID BANES ESQ._____, a true and correct copy of the:

☐ Summons and Complaint

☐ Order dated _____

☒ Other (specify) DEFENDANT'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES and DEFENDANT'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION, _____ in the above-captioned matter.

Service was made as follows:

☐ By delivering it to the aforesaid person.
☐ By delivering it at the aforesaid person's usual residence with _____ who is over the age of 18 and who also resides there.

☒  By delivering it to __MELISSA CAMACHO__, who is an officer, agent, employee or person authorized to receive the document(s) on behalf of the individual or corporation.

The place where said service was made was: __Susupe, Saipan__

The charge for service was: $ __20.00__ .

Dated: __January 8, 2008__.

_____
ELMER BARROGO

Hearing Date: _____