CARLSMITH BALL LLP

JOHN D. OSBORN
VINCENT J. SEMAN
Carlsmith Building, Capitol Hill
P.O. Box 5241
Saipan, MP 96950-5241
Tel No. 670.322.3455

Attorneys for Defendant
Naina Enterprises (CNMI) Inc.
dba Alson's Store

## UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR, | CIVIL ACTION NO. 07-0024 |
| Plaintiff, | |
| vs. | NOTICE OF HEARING |
| NAINA ENTERPRISES (CNMI) INC. dba ALSON'S STORE, | DATE: June 19, 2008<br>TIME: 8:30 a.m.<br>JUDGE: Hon. Alex R. Munson |
| Defendant. | |

TO:   COUNSEL OF RECORD

NOTICE IS HEREBY GIVEN that the Defendant's Motion to Dismiss Pursuant to F.R.C.P. 12(b)(6) will be presented to the Court on June 19, 2008 at 8:30 a.m., or as soon thereafter as counsel can be heard.

CARLSMITH BALL LLP

DATED: Saipan, MP, May 12, 2008.

*/s/ Vincent J. Seman*
JOHN D. OSBORN
VINCENT J. SEMAN
Attorneys for Defendant
Naina Enterprises (CNMI) Inc.
dba Alson's Store

4836-5977-8818.1.057606-00047