1  CARLSMITH BALL LLP

2  JOHN D. OSBORN
   VINCENT J. SEMAN
3  Carlsmith Building, Capitol Hill
   P.O. Box 5241
4  Saipan, MP 96950-5241
   Tel No. 670.322.3455
5
   Attorneys for Defendant
6  Naina Enterprises (CNMI) Inc.
   dba Alson's Store
7

8

9                    UNITED STATES DISTRICT COURT

10                              FOR THE

11                    NORTHERN MARIANA ISLANDS

12  | MODESTA MANGLONA NADAR, | CIVIL ACTION NO. 07-0024 |
13  | Plaintiff, | |
    | | DECLARATION OF HARESH |
14  | vs. | DARYANANI |
15  | NAINA ENTERPRISES (CNMI) INC. dba ALSON'S STORE, | |
16  | | |
17  | Defendant. | |

18
         I, Haresh Daryanani, declare:
19

20  1.    I am a Treasurer/Director of Naina Enterprises (CNMI) Inc. dba Alson's Store ("Alson's

21  Store"). I have personal knowledge of the matters stated herein and would be competent to

22  testify to same if called upon to do so.

23
    2.    Alson's Store has been in compliance with the Americans with Disabilities Act
24
    Accessibility Guidelines (the "ADAAG") prior to Plaintiff filing this lawsuit against Alson's
25
    Store.
26

27

28

3.   On or about January 24, 2006, Alson's Store was inspected by Mr. Greg Borja, Projects Specialist for Northern Marianas Protection and Advocacy Systems, Inc. ("NMPASI") to confirm its compliance with the ADAAG.

4.   Alson's Store received a letter dated May 2, 2006 from NMPASI confirming its compliance with the ADAAG. Attached is a copy of said letter marked as Exhibit 1.

I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. I make this declaration on the date shown below in Saipan, Commonwealth of the Northern Mariana Islands.

DATED: Saipan, MP, May 5th, 2008            _____
                                                                    HARESH DARYANANI



## NMPASI
### NORTHERN MARIANAS PROTECTION & ADVOCACY SYSTEMS, INC.
P.O. Box 503529, Saipan, MP 96950-3529 Tel. Nos.: (670) 235-7273/74 • TTY: (670) 235-7278 • Fax (670) 235-7275

2 May 2006

Mike Daryanan
Owner
Alson's Store
PO Box 1255
Rota, MP 96951

Mailed out:
5/3/06  ST

Dear Mr. Daryanan,

The Northern Marianas Protection & Advocacy Systems, Inc. is currently representing a resident from Rota, who has experienced issues regarding the physical accessibility of your business.

We are pleased to inform you that your business establishment meets the requirements of the Americans with Disabilities Act Accessibility Guidelines (ADAAG).

We thank you for your commitment in ensuring that our island community is accessible for everyone.

Please contact Greg Borja at any of the above numbers should you have any needs or concerns in the future, we are here to help.

Sincerely,

Juanita Malone
Executive Director

Xlc:  File

" *The Protection and Advocacy System for the Commonwealth of the Northern Mariana Islands*"

**EXHIBIT 1**

Greg Borja- Projects Specialist
cc: File

" *The Protection and Advocacy System for the Commonwealth of the Northern Mariana Islands*"