**ERIC S. SMITH, Esq.**
**SMITH & WILLIAMS**
**P.O. Box 5133 CHRB**
**Saipan, MP 96950**
**Telephone No. (670) 233-3334/5**
**Facsimile No. (670) 233-3336**

**Attorneys for Plaintiff Modesta Manglona Nadar**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR, ) | CIVIL CASE NO. 07-0024 |
| Plaintiff, ) | STIPULATION |
| vs. ) | |
| NAINA ENTERPRISES (CNMI) INC. dba ) ALSON'S STORE, ) | Judge: Munson, Chief Judge Date: Time |
| Defendant. ) | |

COMES NOW, Plaintiff and Defendant, through counsel and agree and stipulate as follows:

1. Defendant's Motion to Dismiss is hereby taken off calendar.

2. The parties stipulate to dismiss Plaintiff's American with Disabilities Act Claims with both sides to bear their own costs and fees as to that dismissal.

3. Plaintiff is allowed to amend the Complaint to withdraw any such claim and to withdraw any claim for attorney fees and to add an averment for diversity jurisdiction. The proposed Amended Complaint is filed herewith as Exhibit A.

SO STIPULATED.

___/s/_____     ___/s/_____
John Osborn                       Eric Smith
Attorney for Defendant Naina Enterprises     Attorney for Plaintiff Modesta M. Nadar

*3332-01-080519-PL-Stipulation-mbc*          1