FILED
Clerk
District Court

MAY 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MODESTA MANGLONA NADAR, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NAINA ENTERPRISES (CNMI), )<br>INC., doing business as Alson's Store, )<br>)<br>Defendant )<br>_____ ) | Civil Action No. 07-0024<br><br>ORDER GRANTING STIPULATION TO DISMISS PLAINTIFF'S AMERICANS WITH DISABILITIES ACT CLAIMS and FILE FIRST AMENDED COMPLAINT |

BASED UPON the May 28, 2008, stipulation of the parties, and good cause appearing therefrom; NOW, THEREFORE,

IT IS ORDERED that plaintiff's Americans with Disabilities Act claims are dismissed with prejudice, each party to bear its own attorney fees and costs; and,

AO 72
(Rev. 08/82)

IT IS FURTHER ORDERED that plaintiff's first amended complaint is deemed filed and served this date.

The motion to dismiss previously set to be heard June 19, 2008, at 8:30 a.m. is hereby taken **off-calendar**.

DATED this 28th day of May, 2008.

_____
ALEX R. MUNSON
Judge