**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Nauru Building**
**P.O. Box 501969**
**Saipan, MP 96950**
**Telephone No. (670) 234-5684**
**Facsimile No. (670) 234-5683**

**Attorneys for Plaintiff Modesta Manglona Nadar**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| **MODESTA MANGLONA NADAR,** ) | **CIVIL CASE NO. 07-0024** |
| ) | |
| **Plaintiff,** ) | |
| ) | **STIPULATED DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **NAINA ENTERPRISES (CNMI) INC. dba** ) | |
| **ALSON'S STORE,** ) | Judge: Munson, Chief Judge |
| ) | |
| **Defendant.** ) | |

Pursuant to Rule 41(a) (1) of the Federal Rules of Civil Procedure, Plaintiff Modesta Manglona Nadar, by and through their Attorney of record, David G. Banes, O'Connor Berman Dotts & Banes, and Defendant Naina Enterprises (CNMI) Inc. dba Alson's Store, by and through its Attorney of record, John D. Osborn, Carlsmith Ball LLP, hereby stipulate and agree to request this Court to dismiss this matter with prejudice.

Further, the above parties agree and stipulate that each side will bear their own attorney's fees and costs associated with this matter.

Dated: September 15, 2008          O'CONNOR BERMAN DOTTS & BANES
                                   Attorneys for Plaintiff Modesta M. Nadar


                                   ___/s/_____
                                   DAVID G. BANES, ESQ.

1

| | |
|---|---|
| Dated: September 15, 2008 | CARLSMITH BALL LLP<br>Attorneys for Defendant Naina Enterprises (CNMI) Inc. dba Alson's Store |
| | ___/s/_____<br>JOHN D. OSBORN, ESQ. |

3332-01-080822-PL-StipDismissalwithPrejudice-mbc.doc